AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Chimaroke Victor Eleazu,<br>*Plaintiff*<br>v.<br>Honorable Judge Julie Bernard, Brockton District Court; Director of the VA Boston Healthcare System; Superintendent of Peabody Public Schools; and Chief of Peabody Police Department<br>*Defendants* | Civil Action No.   3:20-02706-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The issues having been reviewed by the Honorable Shiva V. Hodges, United States Magistrate Judge, who recommended in her Report and Recommendations that this case be dismissed for lack of subject matter jurisdiction as to Judge Julie Bernard, the Superintendent of Peabody Public Schools, and the Chief of Peabody Police Department and granted as to the Director's motion to dismiss.

*CLERK OF COURT*

Date: September 27, 2021

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*